

**Date:** 9/3/2013

**To:** The Honorable Robert J. Conrad, Jr.
United States District Judge

**From:** Michael M. Bonelli
United States Probation Officer

**Subject:** **Ragin, Christian St. John**
Dkt. No. 0419 3:05CR00258
**REQUEST TO DESTROY SEIZED PROPERTY**

*FILED*
*CHARLOTTE, NC*
*SEP 10 2013*
*US District Court*
*Western District of NC*

---

On 08/28/2006, the defendant was sentenced pursuant to a conviction for Conspiracy to Possess With Intent to Distribute MDMA/Ecstasy. He was ordered to serve 51 months' imprisonment, followed by three (3) years of supervised release. His term of supervised release commenced on 06/23/2010. The following property was seized from the defendant during his supervision term: 1) Ammunition, 2) Marijuana, 3) Master Lock Key, and 4) Cell phone. These items were seized from the defendant's residence on 04/17/2013. His term of supervised release was revoked on 07/09/2013, and he was ordered to serve a sentence of ten (10) months imprisonment with no term of supervised release to follow. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7644, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_____     _9.6.13_____
Signature of Judicial Officer        Date